

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8                               IN THE UNITED STATES DISTRICT COURT

9                           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11    EDNA WILLIAMS, ET AL.,                           No. C07-05587 MJJ

12              Plaintiff,                            **ORDER DENYING PLAINTIFFS'
                                                      PETITION FOR A TEMPORARY**
13        v.                                          **RESTRAINING ORDER**

14    CALIFORNIA DEPARTMENT OF FOOD AND
      AGRICULTURE(CDFA), ET AL.,
15
                 Defendant.
16    _____/

17
            Before the Court is Plaintiffs Edna Williams, Aubrey Belgard, and Marilyn Garrett's
18
      (collectively, "Plaintiffs") Petition for Temporary Restraining Order.  (Docket No. 1.)  The Court
19
      held a hearing on November 2, 2007.  For the reasons stated on the record at the hearing, the Court
20
      **DENIES** Plaintiffs' Petition.
21

22

23    **IT IS SO ORDERED.**
24

25

26    Dated: November 2, 2007                              _____
27                                                         MARTIN J. JENKINS
                                                           UNITED STATES DISTRICT JUDGE
28