IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDNA WILLIAMS, ET AL., | No. C07-05587 MJJ |
| Plaintiff, | **ORDER DENYING PLAINTIFFS' PETITION FOR A TEMPORARY RESTRAINING ORDER** |
| v. | |
| CALIFORNIA DEPARTMENT OF FOOD AND AGRICULTURE(CDFA), ET AL., | |
| Defendant. | |

Before the Court is Plaintiffs Edna Williams, Aubrey Belgard, and Marilyn Garrett's (collectively, "Plaintiffs") Petition for Temporary Restraining Order. (Docket No. 1.) The Court held a hearing on November 2, 2007. For the reasons stated on the record at the hearing, the Court **DENIES** Plaintiffs' Petition.

**IT IS SO ORDERED.**

Dated: November 2, 2007

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE